# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MURUGAN C. PODURI, | § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. SA-22-CV-01141-XR |
| TRICOLOR HOLDINGS, LLC, | | |
| *Defendant.* | | |

## ORDER SETTING STATUS CONFERENCE
## AND HEARING ON ALL PENDING MOTIONS

On this day the Court considered the status of this case. This case is set for an in-person status conference and hearing on all pending motions, if any, on **Thursday, March 02, 2023** at **10:30 am** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** January 30, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE